

CC TO JUDGE

FILED ENTERED
LODGED RECEIVED
NOV - 1 2002
AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

FILED ENTERED
LODGED RECEIVED
SEP 12 2002 KN
AT SEATTLE
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Honorable Robert S Lasnik

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

HELEN COLLIER,

Plaintiff,

v

KING COUNTY DEPARTMENT OF YOUTH SERVICES, aka DEPARTMENT OF ADULT AND JUVENILE DETENTION, KING COUNTY, DAVID WINGER and his marital community, JESSE LUNA, and his marital community, NATE CALDWELL, and his marital community, and PAM JONES, and her marital community,

Defendants

No C02-1691L

PLAINTIFF'S FIRST AMENDED COMPLAINT

CV 02-01691 #00000013

COMES NOW the plaintiff, by and through her attorney of record, Mary Ruth Mann of MANN & PECK and alleges and states as follows in support of this Complaint

I PARTIES

1 1 Helen Collier is a resident of King County and has been an employee of Defendant Youth



LAW OFFICES OF
MANN AND PECK
1423 WESTERN AVENUE
SEATTLE, WA 98101
(206) 382-2900 (206) 587-2700
FAX (206) 587-0262

ORIGINAL

Services and King County for 16 years

1 2 Department of Youth Services is a subdivision of King County, Washington, which has since been renamed a sub-part of the Department of Adult and Juvenile Detention King County is plaintiff's employer in this case

1 3 David Winger is a manager for King County Department of Youth Services and a defendant in this case and subject to specific provisions of prior orders of this court

1 4 Jesse Luna is a named defendant in this case, who was terminated from supervision based on retaliation against plaintiff and others David Winger, Pam Jones, and Nate Caldwell shepherded Luna back to a lead worker position and then promoted him to supervision. Luna has a history of participation in retaliation against complainant and other African American employees

1 5 Nate Caldwell, Director of Detention, Department of Adult & Juvenile Detention, is an employee of plaintiff Department of Youth Services

1 6 Pam Jones is a management employee of the Department of Adult and Juvenile Detention

## II BASIS OF CLAIMS AND SUPPLEMENTAL COMPLAINT

2 1 Plaintiff has complied with the claim filing requirements for commencing this case

2 2 There has been a pattern of discrimination and retaliatory disciplinary actions by Defendants against the employees who participated in the prior court actions by plaintiff and her former co-plaintiffs Employees who were plaintiffs or primary witnesses in the prior case have been disciplined or discharged by Defendants Joyce Miller has received disciplinary actions Ralph Bunch suffered a retaliatory termination Marshall Clayton was disciplined Diane Klein was barred from employment with King County as a condition of settlement Roy Vance was fired from employment Jeff Morphis was



LAW OFFICES OF
MANN AND PECK
1423 WESTERN AVENUE
SEATTLE, WA 98101
(206) 382-2900 (206) 587-2700
FAX (206) 587-0262

singled out for investigation and proposed discipline

2 3 There has been a pattern of rewards and protection of employees who were involved in supporting defendants' case against the former plaintiffs Employees who were primary actors in the wrongdoing and retaliation in the prior case have been protected and promoted by Defendants Willie Roseborough received a promotion to R and A Specialist Jesse Luna received a promotion to lead and then to supervisor He participated in setting up other employees for discipline and termination, and was protected from investigation of his own wrongdoing Pam Jones was promoted from supervisor to Coordinator of Detention and then to Assistant Manager of Detention and has been protected from disciplinary actions for her wrongdoing David Winger was promoted from Supervisor to Assistant Manager of Detention and has been protected from accountability for his own wrongdoing Lisa Hymes was promoted to Supervisor Elaine Evans was promoted to probation officer

2 4 Plaintiff alleges that she was a plaintiff in the former case and that the court entered an order attached hereto, providing relief for acts of retaliation Plaintiff alleges the Defendants are each an employer as defined in as defined by RCW 49 60.

2 5 After the entry of the court's order in this matter in 1996 barring David Winger from retaliation against plaintiff, Defendant King County promoted David Winger and placed David Winger in supervision over Plaintiff Defendant King County allowed David Winger to commence and continue a course of retaliation and harassment against plaintiff in violation of this court's order In the course of that retaliation, plaintiff was subjected to repeated discipline and demoted from supervision That demotion was effected by David Winger on behalf of King County in violation of this court's order

2 6 After the entry of this court's order in this matter, defendant David Winger violated this



LAW OFFICES OF
MANN AND PECK
1423 WESTERN AVENUE
SEATTLE, WA 98101
(206) 382-2900 (206) 587-2700
FAX (206) 587-0262

ORIGINAL

court's order by commencing and continuing retaliation and harassment against plaintiff in violation of this court's order In the course of that retaliation, plaintiff was subjected to discipline and demoted from supervision effective March 2, 1999 That demotion was carried out by David Winger and DYS Detention Manager Nate Caldwell on behalf of King County in violation of court order

2 7 Plaintiff alleges that she has been subjected to discrimination on the basis of her African American race and her gender in promotion, assignment of hours, disciplinary actions, and demotion

2 8 Plaintiff alleges that she has been subjected to an environment of racial and retaliatory hostility and harassment causing mental and emotional suffering

2 9 Plaintiff alleges that she has been subjected to further abuses in 2000 and 2001 because of her efforts as a witness against discrimination and a whistle blower on abuses of youth in the DYS Center in Seattle

2 10 Plaintiff alleges that Pam Jones, a DYS Manager participated in and aided and abetted the discrimination against plaintiff

2 11 Nancy Campbell, a former DYS Director promoted David Winger to supervision over plaintiff and supervised, directed, aided and abetted the retaliation against Collier until Campbell's resignation in 1999

2 12 Some or all of the Defendants are engaged in an alliance and confederacy which has persisted and evolved and acted for eight or more years to prevent exposure of misconduct at DYS

2 13 Some or all of the Defendants have colluded to cover up, rather than correct, racial and gender discrimination against youth and staff, and abuse of youth in King County Department of Youth Services.



LAW OFFICES OF
MANN AND PECK
1423 WESTERN AVENUE
SEATTLE, WA 98101
(206) 382-2900 (206) 587-2700
FAX (206) 587-0262

2 14 Defendants have engaged in a pattern of disparate discipline and termination of African American employees and employees who testify against management

2 15 Plaintiff through her attorney Judith Lonnquist blew the whistle to County Executive Ron Symms about child abuse and neglect in King County Department of Youth Services

2 16 Plaintiff was identified as a witness in the cases of African American males Jeff Morphis, Dwight Preston and Ralph Bunch, and of Ralph Carr, who were subjected to discrimination

2 17 Defendant King County's Director of Adult and Juvenile Detention told supervisors that employees who filed suit would not be around for long

## REMEDIES REQUESTED

1 Plaintiff seeks injunctive relief to stop the violations of law and court order

2 Plaintiff seeks past and future wage losses and benefits

3 Plaintiff seeks such other and further relief as the court may allow under the law

Dated this 12TH day of September, 2002

Mary Ruth Mann, WSBA # 9343
Attorney for Plaintiff



LAW OFFICES OF
MANN AND PECK
1423 WESTERN AVENUE
SEATTLE, WA 98101
(206) 382-2900 (206) 587-2700
FAX (206) 587-0262